UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

535-545 FEE LLC,

                                                              20 Civ. 4043 (JMF)

                Plaintiffs,

   -against-

NBA MEDIA VENTURES, LLC,

                Defendant.

-----------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, 535-545 FEE LLC and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant NBA MEDIA VENTURES, LLC.

Dated:  New York, New York
         June 5, 2020

                                                /S/ Efrem Z. Fischer
                                                Efrem Z. Fischer, Esq. (EZF-3860)
                                                Klein Law Group CRE, PLLC
                                                Attorneys for Plaintiff
                                                275 Madison Avenue, 33rd Floor
                                                New York, New York 10016
                                                (212) 661-9400
                                                Efrem@kleinlawgroupny.com

J:\Firm\LIT\The Moinian Group\NBA\Notice.Dis.doc

                                          SO ORDERED.

                                          June 9, 2020